| | |
|---|---|
| 1 | LYNN HUBBARD, III, SBN 69773 |
| 2 | SCOTTLYNN J HUBBARD IV, SBN 212970<br>LAW OFFICES OF LYNN HUBBARD, III |
| 3 | 12 WILLIAMSBURG LANE<br>CHICO, CA 95926 |
| 4 | Telephone: (530) 895-3252<br>Fax: (530) 894-8244 |

Attorneys for Plaintiff

EDWARD BRENNER, SBN 91315
LAW OFFICES OF EDWARD R. BRENNER
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 925-3113
Facsimile: (916) 921-0247

Attorneys for Defendant

ROGER HAHN, SBN 53677
LAW OFFICES OF ROGER HAHN
430 Third Street
Woodland, CA 95695
Telephone: (530) 662-1082
Facsimile: (530) 662-3018

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYPSIE JONES,<br><br>    Plaintiff,<br><br>v.<br><br>GURMUKH GOSAL dba A-1 MART;<br>DENNIS QUON & LUCINDA QUON,<br>Trustees of the QUON FAMILY TRUST; and<br>DOES 1 through 10,<br><br>    Defendants.<br>_____ / | Case No. CIV. S 04-1991 DFL KJM<br><br>**REQUEST FOR DISMISSAL AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, GYPSIE JONES, and defendants, GURMUKH GOSAL and DENNIS QUON & LUCINDA QUON, Trustees of the QUON FAMILY TRUST, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: August 9, 2005          LAW OFFICES OF LYNN HUBBARD, III


    /s/ Scott Hubbard, IV
SCOTTLYNN J HUBBARD, IV
Attorneys for Plaintiff Gypsie Jones


Dated: August 9, 2005          LAW OFFICES OF EDWARD R. BRENNER


*signature on file*
EDWARD BRENNER
Attorneys for Defendant Dennis Quon and Lucinda Quon, Trustees of the Quon Family Trust

Dated: August 9, 2005          LAW OFFICES OF ROGER HAHN


*signature on file*
ROGER HAHN
Attorneys for Defendant Gurmukh Gosal

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-1991 DFL KJM, is hereby dismissed with prejudice.

Dated: August 10, 2005          /s/ Frank C. Damrell Jr.
For Honorable David F. Levi
United States District Court Judge